# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMCAST OF ILLINOIS X, an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>TKA ELECTRONICS, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)    8:02CV429<br>)<br>)    ORDER<br>)<br>) |

This matter is before the court on the plaintiff's Motion to Continue Pending Deadlines (Filing No. 177) and the motion of Thomas M. Abboud and Kim M. Abboud to participate in the pretrial conference by telephone (Filing No. 180). The defendants filed no objection to the plaintiff's motion. Accordingly, the motion will be granted and the moving defendants' motion will be denied subject to reassertion when the court reschedules the pretrial conference. Upon consideration,

**IT IS ORDERED:**

1.   The plaintiff's Motion to Continue Pending Deadlines (Filing No. 177) is granted.

2.   All remaining deadlines, including the pretrial conference and trial previously scheduled are cancelled. The court will reschedule the pretrial conference and trial after disposition of the pending summary judgment motions, if necessary.

3.   Thomas M. Abboud and Kim M. Abboud's motion to participate in the pretrial conference by telephone (Filing No. 180) is denied, as moot, without prejudice.

4.   The parties shall keep the court informed of the their current addresses at all times while this case is pending.

DATED this 24th day of May, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge