IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMCAST OF ILLINOIS X, LLC, an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>TKA ELECTRONICS, INC., and THOMAS ABBOUD, individually, and CATHY VIGNERI, individually, and KIM ABBOUD, individually, and RAYMOND VIGNERI, individually, and TERRY ABBOUD, individually,<br><br>Defendants. | 8:02CV429<br><br><br><br>JUDGMENT |

Pursuant to the Memorandum and Order, Filing No. 184, entered on this date,

IT IS ORDERED:

1.  Default judgment is entered in favor of the plaintiff Comcast of Illinois X, LLC, and against TKA Electronics, Inc., in the amount of $8,726,830.00.

2.  Judgment is entered in favor of the plaintiff, Comcast of Illinois X, LLC, and against defendant Thomas Abboud in the total amount of $531,082.00, representing damages in the amount of $476,082.00 and statutory enhanced damages in the amount of $50,000.00.

3.  Judgment is entered in favor of the plaintiff, Comcast of Illinois X, LLC, and against defendant Cathy Vigneri, in the amount of $164,867.00.

4.  Judgment is entered in favor of the plaintiff, Comcast of Illinois X, LLC, and against defendant Kim Abboud, in the amount of $45,847.00.

5.  Judgment is entered in favor of the plaintiff, Comcast of Illinois X, LLC, and against defendant Raymond Vigneri, in the amount of $93,188.00.

6. Judgment is entered in favor of the plaintiff, Comcast of Illinois X, LLC, and against defendant Terry Abboud, in the amount of $19,837.00.

DATED this 2nd day of September, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge