IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMCAST OF ILLINOIS X, LLC, an Illinois Limited Liability Company, | ) ) ) | 8:02CV429 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER AND FINAL JUDGMENT |
| TKA ELECTRONICS, INC., and THOMAS ABBOUD, individually, and CATHY VIGNERI, individually, and KIM ABBOUD, individually, and RAYMOND VIGNERI, individually, and TERRY ABBOUD, individually, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion for attorneys' fees, Filing No. 186. The motion is unopposed. A successful plaintiff is entitled to its reasonable fees and costs under 47 U.S.C. § 553(c)(2)(C). In its earlier order, this court entered judgment on the merits and awarded fees and costs in an amount to be later determined. Filing No. 185. Plaintiff has shown by affidavit that it incurred attorneys' fees and costs in the amount of $14,903.04. The court has reviewed counsel's submissions and finds that counsel's hours and rates are fair and reasonable. The court further finds plaintiff is entitled to recovery of its court costs. Plaintiff moves the court to apportion the fee award between the corporate defendant and the five individual defendants in equal shares. Accordingly,

IT IS ORDERED:

1. Plaintiff's motion for attorneys' fees is granted; plaintiff is awarded attorneys' fees and costs in the amount of $14,903.04;

2. Judgment is entered in favor of plaintiff Comcast of Illinois X, LLC, and

1

against defendant TKA Electronics, Inc., for attorneys' fees and costs in the amount of $2,483.84;

3. Judgment is entered in favor of plaintiff Comcast of Illinois X, LLC, and against defendant Thomas Abboud, for attorneys' fees and costs in the amount of $2,483.84;

4. Judgment is entered in favor of plaintiff Comcast of Illinois X, LLC, and against defendant Cathy Vigneri, for attorneys' fees and costs in the amount of $2,483.84;

5. Judgment is entered in favor of plaintiff Comcast of Illinois X, LLC, and against defendant Kim Abboud, for attorneys' fees and costs in the amount of $2,483.84;

6. Judgment is entered in favor of plaintiff Comcast of Illinois X, LLC, and against defendant Raymond Vigneri, for attorneys' fees and costs in the amount of $2,483.84; and

7. Judgment is entered in favor of plaintiff Comcast of Illinois X, LLC, and against defendant Terry Abboud, for attorneys' fees and costs in the amount of $2,483.84.

DATED this 6th day of October, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge