IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMCAST OF ILLINOIS X, LLC, an Illinois Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TKA ELECTRONICS, INC., and THOMAS ABBOUD, individually, and CATHY VIGNERI, individually, and KIM ABBOUD, individually, and RAYMOND VIGNERI, individually, and TERRY ABBOUD, individually,<br><br>　　　　Defendants. | 8:02CV429<br><br><br><br><br>AMENDED ORDER |

　　　　This matter is before the court on its own motion. The court's order granting plaintiff's motion for release of funds, Filing No. 210, is amended as follows.

　　　　IT IS ORDERED:

　　　　1.　Plaintiff's Motion for Turnover of Frozen Funds is granted.

　　　　2.　The Clerk of court is directed to pay the sum of $9,484.12 or the current total balance, from the Court Registry to Comcast's counsel, Coman & Anderson, P.C., in the form of a United States Treasury check, made payable to "Coman & Anderson, P.C. IOLTA Account" (Client Trust Account), and mailed to Coman & Anderson, P.C., Attn: Jeffrey R. Platt, 2525 Cabot Drive, Suite 300, Lisle, IL 60532.

　　　　3.　Total Merchant Services shall immediately release funds in the amount of $8,897.28, or the current balance and any accrued interest, from the account of Thomas Abboud d/b/a TKA Electronics, Inc., and shall pay that amount to plaintiff Comcast of Illinois X, LLC, by electronic transfer to Coman & Anderson, P.C. IOLTA Account (Client

Trust Account). Plaintiff's counsel shall provide the specific wire transfer instructions to Total Merchant Services.

    4. First National Bank of Omaha shall immediately release funds in the amount of $1,004.40, or the current balance and any accrued interest, from the account of Thomas and Kim Abboud, Account No. 410212394, and shall pay the funds to Comcast's counsel, Coman & Anderson, P.C., in the form of a certified, cashier's or bank check, or money order made payable to "Coman & Anderson, P.C. IOLTA Account" (Client Trust Account), and mailed to Coman & Anderson, P.C., Attn: Jeffrey R. Platt, 2525 Cabot Drive, Suite 300, Lisle, IL 60532;

    5. First National Bank of Omaha shall immediately release frozen funds in the amount of $20,566.02 or the current total balance with any accrued interest, from the account of TKA Electronics, Inc., Account No. 22640037, and shall pay the funds to Comcast's counsel, Coman & Anderson, P.C., in the form of a certified, cashier's or bank check, or money order made payable to "Coman & Anderson, P.C. IOLTA Account" (Client Trust Account), and mailed to Coman & Anderson, P.C., Attn: Jeffrey R. Platt, 2525 Cabot Drive, Suite 300, Lisle, IL 60532.

    DATED this 22nd day of December, 2005.

BY THE COURT:

**s/Joseph F. Bataillon**
JOSEPH F. BATAILLON
United States District Court Judge