# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| **Comcast of Illinois X, LLC, f/k/a AT&T Broadband,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **TKA Electronics, Inc., Thomas Abboud,** ) <br> **individually, Cathy Vigneri, individually,** ) <br> **Kim Abboud, individually, Raymond Vigneri,** ) <br> **individually, and Terry Abboud, individually,** ) <br> ) <br> **Defendants.** | **Case No. 8:02 CV 429** |

| | |
|---|---|
| **GARNISHEE:** | First Data Corporation <br> Attn: Wendy Simmons/C26 <br> 10825 Farnam Drive <br> Omaha, NE 68154 |
| **JUDGMENT CREDITOR:** | Comcast of Illinois X, LLC <br> Attn: Jeffrey R. Platt <br> 2525 Cabot Drive, Suite 300 <br> Lisle, IL 60532 |

## ORDER

This is a continuing lien for other than the support of a person.

Upon application of the judgment creditor, COMCAST OF ILLINOIS X, LLC, the Court finds (1) that the judgment debtor is an employee of the garnishee, (2) that the garnishee owed earnings to the judgment debtor when the garnishment order was served or that the earnings will be owed within sixty days thereafter, and (3) that there is not a successful written objection to the order or answer of the garnishee filed.

The Court therefore orders that the nonexempt earnings withheld by the garnishee after service of the order shall be transferred to the judgment creditor who is entitled to the same. It is furthered ordered that the garnishment is a continuing lien against the nonexempt earnings of the

judgment debt and the garnishee is to continue withholding the nonexempt earnings of the judgment debt until further notice is given by the Court, and pay all such nonexempt earnings to the judgment creditor.

DATED this 17th day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Court Judge