IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMCAST OF ILLINOIS X, LLC, an Illinois Limited Liability Company, | ) ) ) | 8:02CV429 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| TKA ELECTRONICS, INC., and THOMAS ABBOUD, individually, and CATHY VIGNERI, individually, and KIM ABBOUD, individually, and RAYMOND VIGNERI, individually, and TERRY ABBOUD, individually, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon the Suggestion of Bankruptcy filed by the defendant, Terry Abboud, Filing No. 239,

IT IS ORDERED:

1.   Pursuant to NEGenR 1.5(a)(1) this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2.   This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska;

3.   The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 8th day of February, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge

1