IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| TERRY & KIMBERLY ABBOUD, ) | |
| ) | CASE NO. BK06-82118 |
| Debtor(s). ) | |
| COMCAST OF ILLINOIS X, L.L.C., ) | A07-8010 |
| ) | |
| Plaintiff, ) | 8:02CV429 |
| ) | |
| vs. ) | CH. 7 |
| ) | |
| TKA ELECTRONICS, INC.; THOMAS ) | |
| ABBOUD; CATHY VIGNERI; KIM ) | |
| ABBOUD; RAYMOND VIGNERI; and ) | |
| TERRY ABBOUD, ) | |
| ) | |
| Defendants. ) | |

**AMENDED REPORT & RECOMMENDATION**

This case was transferred from the district court because one of the defendants, Terry Abboud, has filed a bankruptcy petition.[1] Prior to the bankruptcy filing, judgment was entered, and affirmed, in favor of the plaintiff and against each of the defendants. The only present activity in the case concerns collection efforts by the plaintiff. The plaintiff has also filed a separate adversary proceeding in this court to determine whether the judgment is dischargeable in bankruptcy.

Because judgment in this case is final and no further action by the bankruptcy court is necessary, the case may be returned to the district court. However, the automatic stay in effect as a result of the filing of the bankruptcy petition protects the Debtors, Terry Abboud and Kimberly L. Abboud, from any and all collection efforts during the pendency of the bankruptcy case.

I therefore respectfully recommend to the United States District Court for the District of Nebraska that it withdraw the reference of this adversary proceeding for all further proceedings as to the non-debtor defendants, while staying any proceedings as to the Debtors in bankruptcy case No. 06-82118.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED:   February 20, 2007.

---

[1] Plaintiff's counsel has filed an affidavit advising that the "Kimberly Abboud" listed as a defendant is Kimberly M. Abboud of Aurora, Colorado, and that Kimberly L. Abboud, one of the Debtors in this court, is not a defendant in this case.

-2-

RESPECTFULLY SUBMITTED,

/s/ Thomas L. Saladino
United States Bankruptcy Judge

Notice given by the Court to:
    Jeffrey R. Platt
    Mark E. Novotny
    David G. Hicks
    Thomas Abboud
    Cathy Vigneri
    Raymond Vigneri
    Richard D. Myers
    U.S. Trustee